425 A.2d 17

Commonwealth v. Boyer, Appellant.

Submitted September 13, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

425 A.2d 18

Commonwealth v. Lewis, Appellant.

Submitted April 12, 1979. Thomas P. Ruane, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.